UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUMMER TILLMAN,

    Plaintiff,

v.                                              Case No: 2:17-cv-681-FtM-38CM

UBER TECHNOLOGIES, INC. and
PICH ALLAN MICHAELS,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendant Uber Technologies, Inc.'s ("Uber") Motion to Seal its Response in Opposition to Plaintiff's Motion for Remand and Exhibits (Doc. 17) filed on January 10, 2018. Uber seeks to seal its response to Plaintiff's motion for remand and the accompanying exhibits because the response contains Plaintiff's post-suit confidential settlement demand and the Tax ID number of Plaintiff's counsel. Doc. 17 at 2. Plaintiff does not oppose the requested relief. *Id.* at 5.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall

not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Uber has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant Uber Technologies, Inc.'s Motion to Seal its Response in Opposition to Plaintiff's Motion for Remand and Exhibits (Doc. 17) is **GRANTED**. The Clerk of Court is directed to place under seal Defendant Uber Technologies, Inc.'s response (Doc. 13) and its exhibits (Docs. 13-1, 13-2, 13-3).

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of January, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record